******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

STATE OF CONNECTICUT *v.* GERALD J.*
(AC 44324)

Prescott, Suarez and Palmer, Js.

Argued January 4—officially released April 5, 2022

*Procedural History*

Substitute information charging the defendant with the crimes of sexual assault in the first degree and risk of injury to a child, brought to the Superior Court in the judicial district of Hartford and tried to the jury before *Dewey, J.*; thereafter, the court, *Dewey, J.*, denied the defendant's motion to suppress certain evidence; verdict and judgment of guilty, from which the defendant appealed to this court. *Appeal dismissed.*

*Matthew D. Dyer*, with whom were *Kristen Mostowy*, and *Sydney Mazur*, certified legal intern, for the appellant (defendant).

*James M. Ralls*, assistant state's attorney, with whom, on the brief, were *Sharmese Walcott*, state's attorney, and *Edward Naurus*, former assistant state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. The defendant, Gerald J., appeals from his conviction of sexual assault in the first degree and risk of injury to a child involving a relative. After this case was argued, however, defense counsel notified this court that the defendant died on or about March 3, 2022. Because defense counsel did not request any specific disposition of this appeal as a result of the defendant's death, we dismiss the appeal as moot, consistent with the past precedent of our Supreme Court. See *State* v. *Graham*, 337 Conn. 857, 858, 256 A.3d 151 (2021), and cases cited therein.

The appeal is dismissed.

* In accordance with our policy of protecting the privacy interests of the victims of sexual assault and the crime of risk of injury to a child, we decline to identify the victim or others through whom the victim's identity may be ascertained. See General Statutes § 54-86e.